UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Leonard Thomas Hogg III | : | Case No.: 17-41444 |
| | Kelli  Leann Hogg | : | |
| | | : | Judge:  MGD |
| | DEBTORS | : | |
| | | : | Chapter: 13 |

## AMENDMENT TO SCHEDULES

    COME NOW the Debtors in the above-styled action and hereby amend their Schedules as follows:

    1.    Schedule I is amended as attached.

    2.    Schedule J is amended as attached.

    3.    Summary of Schedules is amended as attached.

    WHEREFORE, Debtors pray that this Amendment be read and considered and for such other relief as the Court deems just and proper.

    Respectfully submitted this 24th day of August, 2017.

                                                   _____/s/_____
                                                   Timothy Paschall, Bar No.: 565670
                                                   Attorney for Debtors
                                                   Berry & Associates
                                                   2751 Buford Hwy
                                                   Suite 600
                                                   Atlanta, Georgia  30324

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Leonard** | **Thomas** | **Hogg, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Kelli** | **LeAnn** | **Hogg** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | | |
| Case number (if known) | 17-41444 | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | **Frozen/Dairy Manager** | **Paraprofessional** |
| **Employer's name** | **Food City** | **Murray County BoE** |
| **Employer's address** | **PO Box 1158**<br>Number   Street | **Green Rd**<br>Number   Street |
| | **Abingdon**   **VA**   **24212**<br>City   State   Zip Code | **Chatsworth**   **GA**   **30705**<br>City   State   Zip Code |
| **How long employed there?** | **25.5 years** | **6 years** |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$2,618.00** | **$1,333.00** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income.   Add line 2 + line 3. | 4. | **$2,618.00** | **$1,333.00** |

Official Form 106I    Schedule I: Your Income    page 1

Debtor 1 **Leonard Thomas Hogg, III**
Debtor 2 **Kelli LeAnn Hogg**                                                                     Case number (if known) **17-41444**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............... → | 4. | $2,618.00 | $1,333.00 |
| 5. List all payroll deductions: | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $684.00 | $100.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $190.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $35.00 | $328.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $0.00 | $0.00 |
| 5h. Other deductions. Specify: _____ | 5h.+ | $0.00 | $0.00 |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $719.00 | $618.00 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $1,899.00 | $715.00 |
| 8. List all other income regularly received: | | | |
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $0.00 |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. Other monthly income. Specify: _____ | 8h.+ | $0.00 | $0.00 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $0.00 |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $1,899.00 + $715.00 = | $2,614.00 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

    Specify: _____                                                                              11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.                                                               12. $2,614.00
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☑ No.          None.
    ☐ Yes. Explain:

Official Form 106I          Schedule I: Your Income          page 2

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Leonard** <br> First Name | **Thomas** <br> Middle Name | **Hogg, III** <br> Last Name |
| Debtor 2 <br> (Spouse, if filing) | **Kelli** <br> First Name | **LeAnn** <br> Middle Name | **Hogg** <br> Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | | |
| Case number <br> (if known) | **17-41444** | | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

**1. Is this a joint case?**

☐ No. Go to line 2.
☒ Yes. **Does Debtor 2 live in a separate household?**
    ☒ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☒ Yes. Fill out this information for each dependent........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **8** | ☐ No ☒ Yes |
| **Son** | **4** | ☐ No ☒ Yes |
| _____ | ____ | ☐ No ☐ Yes |
| _____ | ____ | ☐ No ☐ Yes |
| _____ | ____ | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☒ No
☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

**4. The rental or home ownership expenses for your residence.**    4.    **$538.00**
Include first mortgage payments and any rent for the ground or lot.

If not included in line 4:

4a. Real estate taxes    4a. _____

4b. Property, homeowner's, or renter's insurance    4b. _____

4c. Home maintenance, repair, and upkeep expenses    4c. _____

4d. Homeowner's association or condominium dues    4d. _____

Debtor 1 **Leonard Thomas Hogg, III**
Debtor 2 **Kelli LeAnn Hogg**

Case number (if known) **17-41444**

**Your expenses**

5. **Additional mortgage payments for your residence,** such as home equity loans    5. _____

6. **Utilities:**
   - 6a. Electricity, heat, natural gas    6a. **$90.00**
   - 6b. Water, sewer, garbage collection    6b. **$30.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services    6c. **$190.00**
   - 6d. Other. Specify: **Cell Phone**    6d. **$71.00**

7. **Food and housekeeping supplies**    7. **$469.00**

8. **Childcare and children's education costs**    8. **$223.00**

9. **Clothing, laundry, and dry cleaning**    9. **$40.00**

10. **Personal care products and services**    10. **$25.00**

11. **Medical and dental expenses**    11. **$25.00**

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    12. **$243.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. _____

14. **Charitable contributions and religious donations**    14. _____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance    15a. _____
    - 15b. Health insurance    15b. _____
    - 15c. Vehicle insurance    15c. **$150.00**
    - 15d. Other insurance. Specify: _____    15d. _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16. _____

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1    17a. _____
    - 17b. Car payments for Vehicle 2    17b. _____
    - 17c. Other. Specify: _____    17c. _____
    - 17d. Other. Specify: _____    17d. _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**    18. _____

19. **Other payments you make to support others who do not live with you.**
    Specify: _____    19. _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property    20a. _____
    - 20b. Real estate taxes    20b. _____
    - 20c. Property, homeowner's, or renter's insurance    20c. _____
    - 20d. Maintenance, repair, and upkeep expenses    20d. _____
    - 20e. Homeowner's association or condominium dues    20e. _____

Official Form 106J    **Schedule J: Your Expenses**    page 2

Debtor 1  **Leonard Thomas Hogg, III**
Debtor 2  **Kelli LeAnn Hogg**                                        Case number (if known)  **17-41444**

**21.** **Other.**  Specify: _____  21.  **+** _____

**22.** **Calculate your monthly expenses.**

    22a.  Add lines 4 through 21.                                          22a.  **$2,094.00**

    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.  _____

    22c.  Add line 22a and 22b.  The result is your monthly expenses.    22c.  **$2,094.00**

**23.** **Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.    23a.  **$2,614.00**

    23b.  Copy your monthly expenses from line 22c above.              23b.  **−  $2,094.00**

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your monthly net income.                       23c.  **$520.00**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
       **None.**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Leonard** | **Thomas** | **Hogg, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kelli** | **LeAnn** | **Hogg** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | | |
| Case number (if known) | **17-41444** | | |

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B............................................................................ **$123,900.00**

   1b. Copy line 62, Total personal property, from Schedule A/B.................................................................... **$15,375.00**

   1c. Copy line 63, Total of all property on Schedule A/B............................................................................... **$139,275.00**

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$123,741.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F..................... **$0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............ + **$15,754.92**

   **Your total liabilities** **$139,495.92**

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I...................................................................... **$2,614.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J.................................................................................. **$2,094.00**

Official Form 106Sum        Summary of Your Assets and Liabilities and Certain Statistical Information        page 1

Debtor 1    **Leonard Thomas Hogg, III**
Debtor 2    **Kelli LeAnn Hogg**    Case number (if known) __17-41444__

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

**6.    Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

**7.    What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.    From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.        $3,951.00

**9.    Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

                                                                                                **Total claim**

**From Part 4 on *Schedule E/F,* copy the following:**

9a.    Domestic support obligations. (Copy line 6a.)        $0.00

9b.    Taxes and certain other debts you owe the government. (Copy line 6b.)        $0.00

9c.    Claims for death or personal injury while you were intoxicated. (Copy line 6c.)        $0.00

9d.    Student loans. (Copy line 6f.)        $0.00

9e.    Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)        $0.00

9f.    Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    +    $0.00

9g.    **Total.** Add lines 9a through 9f.        $0.00

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: Leonard Thomas Hogg III    Case No.: 17-41444
Kelli Leann Hogg

      Judge: MGD

DEBTORS    Chapter: 13

## VERIFICATION

Comes now the undersigned and hereby affirm that the information contained in the attached amendment is true and correct to the best of my/our knowledge.

Respectfully submitted this 24th day of August, 2017.

_____/s/_____
Leonard Thomas Hogg III

_____/s/_____
Kelli Leann Hogg

**Certificate of Service**

The undersigned hereby certifies that the below listed individuals have been served with a true and correct copy of the attached pleading by placing copies of same in a properly addressed envelope with adequate postage thereon and the depositing of same in the United States Mail.

Leonard Thomas Hogg III
Kelli  Leann Hogg
43 Murray Springs Road
Chatsworth, Georgia  30705

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, Suite 2200
Atlanta GA 30303

This the 25th day of August, 2017.

_____/s/_____
Timothy Paschall, Bar No.: 565670

BERRY & ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300